## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

PETER WILSON, on behalf of himself and : others similarly situated,

    Plaintiff,

v.

ASSERTIVE CONSULTANTS LLC,

    Defendant.

:  CIVIL ACTION FILE NO. 26-cv-00608-DAP

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 14, 2026

PLAINTIFF,
By his attorney

*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

*Attorney for Plaintiff*