**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : |
| | : CIVIL ACTION FILE NO. 26-cv-00608-DAP |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ASSERTIVE CONSULTANTS LLC, | : |
| | : |
| Defendant. | : |
| _____/ | : |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 14, 2026

PLAINTIFF,
By his attorney

**Approved. So Ordered.**

*/s/ Anthony Paronich*

*s/Dan Aaron Polster*
**DAN AARON POLSTER
U.S. DISTRICT COURT**

Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100

**Date: July 15, 2026**

*Attorney for Plaintiff*